**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SANDRA RAGSDALE<br>P.O. Box 6800<br>Annapolis, MD 21401<br><br>      Plaintiff,<br><br>      v.<br><br>ALBERTO GONZALES<br>U.S. Department of Justice,<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-1256(RBW) |

**NOTICE OF APPEARANCE**

    The Clerk of the Court will please enter the appearance of Assistant United States Attorney Diane M. Sullivan as counsel for defendant in the above-captioned case.

                              Respectfully submitted,

                              ___/s/_____
                              DIANE M. SULLIVAN, D.C. Bar #12765
                              Assistant United States Attorney
                              555 Fourth Street, N.W.
                              Room E4919
                              Washington, D.C.  20530
                              (202)514-7205