```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

SANDRA RAGSDALE                 )
                                )
          Plaintiff,            )
                                )
     v.                         )    Civil Action No. 07-1256(RBW)
                                )
ALBERTO GONZALES                )
U.S. Department of Justice,     )
                                )
          Defendant.            )
                                )
_____ )
```

### MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a ten day enlargement of time to answer or otherwise respond to the complaint up to and including October 26, 2007.

Counsel for the defendant anticipates filing a dispositive motion in response to the complaint. However, due to previously scheduled deadlines in other cases, including an oral argument in the Court of Appeals in <u>Maye v. Gonzales</u>, Civil Action No. 00-0271 on October 9, 2007 and final briefs in <u>Wiley v. Glassman</u>, Civil Action No. 99-0975 due in the Court of Appeals on October 15, 2007, counsel has insufficient time to prepare a dispositive motion by October 15, 2007.  This request for a short extension of time will not unduly delay the final resolution of the case.

Counsel for the plaintiff objects to this request.  This motion was faxed to plaintiff's counsel on October 4, 2007. Counsel was unable to file it until today because she was called

out of the office on an emergency matter by the police who had found an elderly friend of counsel who had fallen and was on the way to the hospital.

Wherefore, it is respectfully requested that the defendant have up to and including October 26, 2007 to answer or otherwise respond to the complaint.

                              Respectfully submitted,

                              __/s/_____
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney

                              __/s/_____
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney

                              __/s/_____
                              DIANE M. SULLIVAN, D. C. BAR # 12765
                              Assistant United States Attorney
                              Judiciary Center Building
                              555 Fourth Street, N.W.
                              Room E4919
                              Washington, D.C. 20530
                              (202) 514-7205