**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
SANDRA RAGSDALE              )
                             )
          Plaintiff,         )
                             )
     v.                      )     Civil Action No. 07-1256(RBW)
                             )
ALBERTO GONZALES             )
U.S. Department of Justice,  )
                             )
          Defendant.         )
                             )
_____)
```

## CONSENT MOTION TO FILE UNDER SEAL

The defendant moves to file plaintiff's medical records (Exhibit 11) under seal. The defendant files Exhibit 11 under seal in support of Defendant's Motion to Dismiss the Complaint, or, in the Alternative, for Summary Judgment. These records contain information protected by the Privacy Act.

Plaintiff's counsel consents to this motion.

Wherefore, it is respectfully requested that defendant's Exhibit 11 be filed under seal.

```
                        Respectfully submitted,

                        __/s/_____
                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                        United States Attorney


                        __/s/_____
                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                        Assistant United States Attorney


                        __/s/_____
                        DIANE M. SULLIVAN, D. C. BAR # 12765
                        Assistant United States Attorney
                        Judiciary Center Building
                        555 Fourth Street, N.W.
                        Room E4919
                        Washington, D.C. 20530
                        (202) 514-7205
```

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SANDRA RAGSDALE           )
                          )
        Plaintiff,        )
                          )
    v.                    )   Civil Action No. 07-1256(RBW)
                          )
ALBERTO GONZALES          )
U.S. Department of Justice, )
                          )
        Defendant.        )
                          )
_____)

**ORDER**

Upon consideration of the Consent Motion to File Under Seal, it is this _____ day of _____, 2007 hereby

ORDERED, that defendant's Exhibit 11 in support of his motion to dismiss the complaint or, in the alternative, for summary judgment be filed under seal.

                                    _____
                                    DISTRICT COURT JUDGE

Copies to:

Parties via ECF