**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
SANDRA RAGSDALE                    )
                                   )
              Plaintiff,           )
                                   )
         v.                        )    Civil Action No. 07-1256(RBW)
                                   )
ALBERTO GONZALES                   )
U.S. Department of Justice,        )
                                   )
              Defendant.           )
                                   )
_____   )
```

### NOTICE OF FILING UNDER SEAL

Pursuant to the Minute Order filed on October 29, 2007, defendant files under seal Exhibit 11 in support of Defendant's Motion to Dismiss the Complaint or, in the Alternative, for Summary Judgment.  The exhibit will be filed in CD-ROM format in the Court Clerk's Office and plaintiff's counsel has been served with a copy by First-Class mail.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205