IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA RAGSDALE<br><br>**Plaintiff,**<br><br>v.<br><br>**ALBERTO GONZALEZ,**<br>U.S. DEPARTMENT OF JUSTICE,<br><br>**Defendant.** | Civil No.: 07-1256 (RBW)<br><br>JURY TRIAL |

**PLAINTIFF'S CONSENT MOTION TO ENLARGE**

**NOW COMES** Plaintiff, Sandra Ragsdale, by undersigned counsel and files this motion to enlarge to file her Opposition to Defendant's Motion to Dismiss or for Summary Judgment filed on October 26th. In support of this motion, Plaintiff states herein as follows: Plaintiff's Opposition is currently due on November 9th;

However, due to undersigned counsel's other case representations, such as preparing for a hearing this Friday before the U.S. Merit Systems Protection Board and preparing an appellate brief that is due today in the U.S. Court of Appeals for the Federal Circuit.

Plaintiff, respectfully, requests an enlargement up to November 26th, to file her Opposition. This motion is not meant for any dilatory purpose or to cause delay. Defendant consents this motion.

_____/s/_____
Nathaniel D. Johnson
(MD#14729)
3475 Leonardtown Road #200
Waldorf, Maryland 20602
301 645-9103

Dated:   November 5, 2007

## Certificate of Service

I, Nathaniel D. Johnson, certify that I forwarded the foregoing motion and Order to the addressee via ECF:

Diane Sullivan, for Defendant,

_____/s/_____
Nathaniel D. Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANDRA RAGSDALE**<br><br>**Plaintiff,**<br><br>v.<br><br>**ALBERTO GONZALEZ,**<br>**U.S. DEPARTMENT OF JUSTICE,**<br><br>**Defendant.** | Civil No.: 07-1256 (RBW)<br><br>JURY TRIAL |

**ORDER**

**WHEREFORE,** Plaintiff has moved this Court for an enlargement to oppose Defendant's motion for Dismissal or for Summary Judgment, it is hereby ORDERED as follows:

Plaintiff's consent motion is herby GRANTED, this ____day of November 2007.

Plaintiff's consent motion is hereby DENIED, this ____day of November 2007.

**SO SHALL IT BE ORDERED.**

_____
**Honorable, Judge Reggie Walton**

1