IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANDRA RAGSDALE**<br>     **Plaintiff,**<br><br>     v.<br><br><br>**ALBERTO GONZALEZ,**<br><br>**U.S. DEPARTMENT OF JUSTICE,**<br><br>     **Defendant.** | Civil No.: 07-1256 (RBW) |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT**

**NOW COMES**, Plaintiff, Sandra Ragsdale, and moves for a one day enlargement to file her Opposition Motion with Memorandum of Points and Authorities against Defendant's Motion for Dismissal and, or Summary Judgment.   In support of this motion, Plaintiff states herein as follows:

1. Plaintiff's opposition was due yesterday, November 26, 2007.

2. Last night, undersigned counsel attempted to conduct on line legal research, but was unable to do so due to technical difficulties with his voice over service. Consequently, undersigned's service was inoperable for most of the day.

3. Further, undersigned counsel just learned today that the Clerk of the Court for state of Maryland, Prince George's County Circuit Court, did not receive the emergency motion seeking a postponement of a trial that is currently scheduled for next week.

4. Undersigned counsel had to redirect his attention to finding the motion that was filed last week and forwarding same to the Clerk's office, again, and to the assigned judge for the matter to be continued.

5. Defendant consents to this motion.

6. This motion is not meant for any dilatory purpose or to cause delay; this motion is for good cause.

Respectfully submitted on behalf of Plaintiff:

November 27, 2007                    _____/S/_____
Nathaniel D. Johnson (Federal #14729 MD)
THE LAW FIRM OF NATHANIEL D. JOHNSON, L.L.C.
3475 Leonardtown Road, Suite 200
Waldorf, Maryland  20602
301-645-9103
301-861-0411 fax

## Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, November 27, 2007, the foregoing Plaintiff's Motion for Enlargement and the Order were sent to the following addressee, via ECF:

Diane Sullivan, AUSA

Nathaniel D. Johnson:  /S/

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANDRA RAGSDALE**<br>    **Plaintiff,**<br><br>    v.<br><br>**ALBERTO GONZALEZ,**<br><br>**U.S. DEPARTMENT OF JUSTICE,**<br><br>    **Defendant.** | **Civil No.: 07-1256 (RBW)** |

## ORDER

**WHEREFORE**, Plaintiff has moved this Court for a one-day enlargement, with consent, to file her Opposition, it is hereby ORDERED as follows:

Plaintiff's motion is GRANTED, this ____day of November 2007;

Plaintiff's motion is DENIED, this _____day of November 2007.

**SO SHALL IT BE ORDERED.**

**Honorable, Reggie Walton**