IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANDRA RAGSDALE**<br>  Plaintiff,<br><br>v.<br><br>**ALBERTO GONZALEZ,**<br><br>**U.S. DEPARTMENT OF JUSTICE,**<br><br>  Defendant. | Civil No.: 07-1256 (RBW) |

### PLAINTIFF'S CONSENT MOTION TO AMEND HER COMPLAINT

**NOW COMES**, Plaintiff, Sandra Ragsdale, in accordance with F.R.C.P. 15 and moves this Court for an Order to amend her complaint. Plaintiff seeks to replace the legal authority for her claims from the Americans with Disability Act to the Rehabilitation Act of 1973.

In support of this motion, Plaintiff states that Defendant does will not be prejudiced by this motion.  See *Harrison v. Rubin* 174 F.3d 249 C.A.D.C. (1999).

Respectfully submitted on behalf of Plaintiff:

November 27, 2007    _____/S/_____
Nathaniel D. Johnson (Federal #14729 MD)
THE LAW FIRM OF NATHANIEL D. JOHNSON, L.L.C.
3475 Leonardtown Road, Suite 200
Waldorf, Maryland  20602
301-645-9103
301-861-0411 fax

## Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, November 27, 2007, the foregoing Plaintiff's Motion for Leave to Amend and the Amended Complaint and the Order were sent to the following addressee, via ECF:

Diane Sullivan, AUSA

                                                  Nathaniel D. Johnson:  /S/

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA RAGSDALE<br><br>**Plaintiff,**<br><br>v.<br><br>**ALBERTO GONZALEZ,**<br>U.S. DEPARTMENT OF JUSTICE,<br><br>**Defendant.** | Civil No.:07-1726 (RBW)<br><br>JURY TRIAL |

## AMENDED CIVIL COMPLAINT

**NOW COMES** Plaintiff, Sandra Ragsdale, by and through undersigned counsel, and files this amended civil complaint for damages set forth as follows:

### JURISDICTION AND VENUE

1. ~~This action is authorized and instituted pursuant to the Americans with Disability Act of 1990, as amended~~. The Rehabilitation Act of 1973 §§ 504, 505(a)(2), as amended, 29 U.S.C.A. §§ 794, 794a(a)(2).

2. This action properly lies in the District Court for the District of Columbia because this judicial district has personal jurisdiction over Defendant. This action is also in accordance with 28 U.S.C. 1331.

### PARTIES

3. Sandra Ragsdale is a citizen of the United States and resides in the State of Maryland.

4. In accordance with the ~~ADA~~ **Rehabilitation Act**, she is a member of protected class based on her disability status.

5. Defendant, Alberto Gonzalez, is the Attorney General of the U.S. Department of

Justice, a government agency, which is subject to the provisions of the ~~ADA~~ **Rehabilitation Act.**

## ADMINISTRATIVE PROCEDURES

6. Plaintiff timely filed formal charges of discrimination against the Defendant with its Office of Equal Employment Opportunity Affairs on June 21, 2005.

7. Plaintiff then elected to file a complaint of discrimination with the U.S. EEOC, Washington Field Office.

8. On March 6, 2007, Plaintiff withdrew her complaint from the jurisdiction of the U.S. EEOC.

9. Plaintiff therefore invokes her right to sue under 42 U.S.C. § 2000e-5(f) and 29 U.S.C. § 626 in that she has satisfied all administrative and judicial prerequisites to the institution of this action.

## COUNT I
## DISPARATE TREATMENT
## IN VIOLATION OF THE ~~ADEA~~ REHABILITATION ACT

10. Plaintiff re-alleges the allegations of Paragraphs 1 through 9, and incorporates them by reference herein.

11. Plaintiff was a denied use of annual leave and place on leave without pay, or LWOP.

12. Plaintiff avers, upon belief and information, that she was disabled as defined in the ~~Americans with Disability Act~~ **Rehabilitation Act.**

13. Plaintiff avers that she was treated differently than similarly-situated non-disabled employees by Defendant.

2

14. As a direct result of Defendant's discriminatory practices, Plaintiff has sustained economic and non-economic damages.

## COUNT II

## HARASSMENT IN VIOLATION OF ~~ADA~~ THE REHABILIATION ACT

15. Plaintiff re-alleges the allegations of Paragraphs 1 through 14, and incorporates them by reference herein.

16. Plaintiff avers that she was harassed due to her disability status and treated differently than similarly situated non-disabled employees.

17. As a result of the above-stated actions, Plaintiff suffered severe and emotional distress including, but not limited to, insomnia, loss of appetite, depression, anxiety, embarrassment, humiliation, symptoms of physical illness, despair, anger and loss of faith in her employer.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays that this Honorable Court should grant her the following relief, namely:

(I). That this Court determine the employment practices complained of in this complaint are unlawful in that they violated the ~~ADA~~ **Rehabilitation Act**;

(ii). That Defendant be enjoined from continuing any and all discriminatory practices;

(iii). That Defendant pay Plaintiff a sum in excess of $20,000 for compensatory damages, lost wages, interests, emotional distress;

(iv). That Defendant pay Plaintiff's costs and expenses and reasonable attorney's fees as provided in the ~~ADA~~ **Rehabilitation Act** in connection with this action;

(v). That this Court grant other and such further relief to the Plaintiff as it deems just and proper.

        Respectfully submitted on behalf of Plaintiff:

November 27, 2007      _____/S/_____
        Nathaniel D. Johnson (Federal #14729 MD)
        THE LAW FIRM OF NATHANIEL D. JOHNSON, L.L.C.
        3475 Leonardtown Road, Suite 200
        Waldorf, Maryland   20602
        301-645-9103
        301-861-0411 fax

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANDRA RAGSDALE**<br>    **Plaintiff,**<br><br>    **v.**<br><br><br>**ALBERTO GONZALEZ,**<br><br>**U.S. DEPARTMENT OF JUSTICE,**<br><br>    **Defendant.** | **Civil No.: 07-1256 (RBW)** |

### ORDER

**WHEREFORE**, Plaintiff has moved this Court for an Order, with consent, to amend her complaint, it is hereby ORDERED as follows:

Plaintiff's complaint is hereby GRANTED, this _____day of November 2007;

Plaintiff's complaint is herby DENIED, this _____day of November 2007.

**SO SHALL IT BE ORDERED.**

                                                  **Honorable, Judge Reggie Walton**