```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

SANDRA RAGSDALE                 )
                                )
            Plaintiff,          )
                                )
      v.                        )   Civil Action No. 07-1256(RBW)
                                )
ALBERTO GONZALES                )
U.S. Department of Justice,     )
                                )
            Defendant.          )
                                )
_____)
```

## MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a reply up to and including December 19, 2007.

Counsel for the defendant will be out of town from December 5-11, 2007 on a long standing commitment in California. Counsel for the defendant was not able to prepare a reply because of filing dispositive motions in SAE Productions, Inc. v. FBI, Civil Action No. 07-0886 in the District Court and in Wright v. Foreign Service Grievance Board, et al., No. 07-5328 in the Court of Appeals. In addition, counsel had a lengthy mediation in Downs v. Rumsfeld, Civil Action No. 00-2382. .

Counsel for the plaintiff consents to this request.

Wherefore, it is respectfully requested that the defendant have up to and including December 19, 2007 to file a reply.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205