UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA RAGSDALE           )
                          )
        Plaintiff,        )
                          )
    v.                    )   Civil Action No. 07-1256(RBW)
                          )
MICHAEL B. MUKASEY        )
U.S. Department of Justice, )
                          )
        Defendant.        )
                          )
_____)

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

The defendant responds to the plaintiff's Statement of Material Facts Not in Dispute as follows:

1.  Admitted.

2.  Denied.  The plaintiff has alleged all these ailments, but they are not well documented as alleged.  Moreover, plaintiff's allegations are conclusions of law rather than statements of fact.

3.  The defendant admits that plaintiff requested annual leave for May 31, 2005 (PP 13) but avers that on May 31, 2005 plaintiff had a zero annual leave balance (Def. Memo., Exhibits 6 and 7).

4.  The defendant admits that because plaintiff did not have any annual leave accrued she was placed on LWOP.  The remaining statements in Paragraph 4 are immaterial.

5.  This is plaintiff's contention, not a statement of fact.

6. Denied. Plaintiff was denied annual leave on June 29, 2005, not on June 25, 2005 as alleged (Reply, Exhibits 6 and 7).

7. This is plaintiff's contention, not a statement of fact. Moreover, it is immaterial.

8. This statement is a conclusion and opinion based upon inadmissible hearsay from notes taken by an EEO counselor during a discussion with third parties. The conclusions and opinions are not supported by undisputed facts.

9. This statement is a legal conclusion and an opinion, but it is not supported by the record (Reply, Exhibits 7-9).

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

Of Counsel:
JON A. MELLIS
Assistant General Counsel
Federal Bureau of Investigation